# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

MIA SEARLES, as administrator of the Estate of JALEN RANDLE, et al.,

*Plaintiff(s)*

v.

CITY OF HOUSTON, TEXAS, et al.

*Defendant(s)*

Civil Action No. 4:24-cv-01534

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SHANE PRIVETTE
16303 WILLOWPARK DR
TOMBALL, TX 77377-9013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joe Fouche III
8160 Norton Parkway
Third Floor
Mentor, OH 44060
440-953-8888
jfouche@dicellolevitt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: May 23, 2024

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:24-cv-01534

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Shane Privette was received by me on *(date)* August 12, 2024 .

☑ I personally served the summons on the individual at *(place)* 632 Cypress Bay Lane, Pinehurst, TX 77362 on *(date)* 08/14/2024 at 6:04 PM ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 08/15/2024

*Server's signature*

Glenn Fisher, Process Server

*Printed name and title*

15503 Mathis Rd.
Waller, Texas 77484
800-637-1805

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: SUMMONS IN A CIVIL ACTION, COMPLAINT, ATTACHMENT(S)