# EXHIBIT #1

CAUSE NO. 1840443

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| Shane Private | § | 339 JUDICIAL DISTRICT |

## NO BILL - 339 GRAND JURY

To the Honorable Judge Bell:

The 339 Grand Jury investigated allegations against the above-named Defendant, who is charged with the following offense(s): Shooting Investigation

The Grand Jury **failed to find an indictment, and on this day RETURNED A NO BILL**.

The Grand Jury now asks the Court to discharge and release this Defendant ~~from~~ custody.

Foreman of the 339 Grand Jury

Date Signed: 10/18/23

DA Log No. 2985316

**FILED**
Marilyn Burgess
District Clerk

OCT 18 2023
16:00

Time: ___
Harris County, Texas
By: ___ Deputy

## ORDER OF DISCHARGE

To the Sheriff of Harris County, Texas:

You are hereby commanded to discharge the following person, if in your custody for the above-described criminal allegations:

Name of Person to Discharge: Shane Private

Signed this 18 day of October, 2023

Presiding Judge

Revised: August 2022

For Official Governmental Use Only - Do Not Disseminate to the Public: 110872920 - Page 1 of 1

DISTRICT CLERK



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 28, 2024

Certified Document Number:        110872920 Total Pages:  1

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**