# EXHIBIT #3

# Texas Commission On Law Enforcement

## Personal Status Report

| Name | TCOLE ID (P ID) | STATUS |
|---|---|---|
| SHANE C. PRIVETTE | ▮▮▮▮ | |

| Citizen | Race | Gender |
|---|---|---|
| Yes | White | Male |

## Career/Professional Training

| Institution | Hours | Education | From | To |
|---|---|---|---|---|
| | 0 | High School | | |
| Lone Star College | 58 | College Credits | | |
| Total Higher Education Hours | 58 | | | |
| Total Higher Education Points | 1160 | | | |
| Total MilitaryTraining Hours | 0 | | | |
| Total | 1160 | | | |

## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Peace Officer (Full Time) | HOUSTON POLICE DEPT. | Peace Officer License | 12/18/2014 | | 9 years, 6 months |

## Total Service Time

| Description | Service Time |
|---|---|
| Peace Officer | 9 years, 6 months |
| Total officer time | 9 years, 6 months |

# Texas Commission On Law Enforcement

## Personal Status Report

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Peace Officer License | License | Granted | 12/18/2014 |
| Basic Peace Officer | Certificate | Certification Issued | 12/3/2015 |
| Basic Instructor Proficiency | Certificate | Certification Issued | 7/13/2021 |
| Advanced Peace Officer | Certificate | Certification Issued | 8/8/2023 |
| Firearms Instructor Proficiency | Certificate | Certification Issued | 8/8/2023 |
| Intermediate Peace Officer | Certificate | Certification Issued | 8/8/2023 |

## Academy History

| | Date | Institution | Course Title |
|---|---|---|---|
| Completed | 11/24/2014 | Houston Police Academy | Basic Peace Officer Course (643) |

## Courses Completed

**09/01/2023 - 08/31/2025**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3188 | 88th Session State and Federal Law Update | 4/18/2024 | 8 | Houston Police Academy | 88th Session State and Federal Law Update |
| 3010 | Leadership Training | 4/4/2024 | 8 | Houston Police Academy | |
| 3038 | Agency Operations (General) | 1/29/2024 | 8 | Houston Police Academy | |
| 3371 | Criminal Intelligence Investigations | 1/16/2024 | 1 | Houston Police Academy | |
| 2190 | Officer's Emotional Survival | 1/8/2024 | 2 | Houston Police Academy | |
| 3931 | Defensive Driving | 1/8/2024 | 4 | Houston Police Academy | |
| 2024 | Narcotics/Dangerous Drug Inv. | 11/15/2023 | 4 | Houston Police Academy | |
| 3373 | Cyber Investigation | 10/2/2023 | 2 | Houston Police Academy | |
| 2055 | Firearms | 9/18/2023 | 1 | Houston Police Academy | |
| | | **Unit Hours** | 38 | | |

# Texas Commission On Law Enforcement

## Personal Status Report

## Courses Completed

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2108 | Arrest, Search, and Seizure (Intermediate) | 8/3/2023 | 16 | Houston Police Academy | Arrest, Search, and Seizure (Intermediate) |
| 4068 | Child Safety Check Alert List (Intermediate/Advanc | 7/5/2023 | 2 | Houston Police Academy | Child Safety Check Alert List (Advance)<br>Child Safety Check Alert List (Intermediate) |
| 3275 | Missing and Exploited Children | 7/5/2023 | 8 | Houston Police Academy | Missing and Exploited Children<br>Missing and Exploited Children (Advance)<br>Missing and Exploited Children (Intermediate) |
| 2024 | Narcotics/Dangerous Drug Inv. | 6/20/2023 | 4 | Houston Police Academy | |
| 2107 | Use of Force (Intermediate) | 4/4/2023 | 16 | Houston Police Academy | Use of Force (Intermediate) |
| 3371 | Criminal Intelligence Investigations | 3/22/2023 | 1 | Houston Police Academy | |
| 2096 | Arrest, Search & Seizure (Non-Intermediate Core Co | 3/20/2023 | 8 | Houston Police Academy | |
| 2106 | Crime Scene Investigation (Intermediate) | 3/17/2023 | 40 | Houston Police Academy | Crime Scene Investigation (Intermediate) |
| 2055 | Firearms | 3/8/2023 | 8 | Houston Police Academy | |
| 1850 | Crisis Intervention Training 40hr | 2/17/2023 | 40 | Houston Police Academy | Crisis Intervention Training (Mandate)<br>Crisis Intervention Training 40hr (Intermediate) |
| 2111 | Spanish for Law Enforcement - Test Out (Intermedi | 2/15/2023 | 0 | Houston Police Academy | Spanish for Law Enforcement (Intermediate)<br>Spanish for Telecommunicators (Intermediate) |
| 3871 | Stress Management | 2/9/2023 | 8 | Houston Police Academy | |
| 7887 | Interacting with drivers deaf or hard of hearing | 1/17/2023 | 4 | Houston Police Academy | Interacting with drivers deaf or hard of hearing (Intermediate) |
| 4065 | Canine Encounters (Intermediate/Advance) | 1/17/2023 | 4 | Houston Police Academy | Canine Encounter (Intermediate)<br>Canine Encouter (Advance) |
| 2105 | Child Abuse Prevention and Investigation (Interm.) | 1/12/2023 | 24 | Houston Police Academy | Child Abuse Prevention and Investigation (Intermediate) |
| 3717 | Social Media-Networking | 12/19/2022 | 2 | Houston Police Academy | |
| 2066 | Implicit bias and social justice | 12/15/2022 | 1 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 12/13/2022 | 8 | Houston Police Academy | |
| 3912 | Community Relations | 12/12/2022 | 1 | Houston Police Academy | |

# Texas Commission On Law Enforcement

## Personal Status Report

## Courses Completed

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3310 | SWAT In-service Training | 11/11/2022 | 32 | Texas Tactical Police Officers Association | |
| 4040 | Mental Impairment (General) | 10/25/2022 | 1 | Houston Police Academy | |
| 4050 | General Disability | 9/28/2022 | 1 | Houston Police Academy | |
| 3201 | Sexual Assault | 9/20/2022 | 8 | Houston Police Academy | |
| 3371 | Criminal Intelligence Investigations | 7/25/2022 | 1 | Houston Police Academy | |
| 3345 | Less Lethal Impact Weapons Training (Bean Bag/Impa | 4/21/2022 | 16 | Houston Police Academy | |
| 3799 | Staff Training | 4/11/2022 | 1 | Houston Police Academy | |
| 3912 | Community Relations | 3/23/2022 | 1 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 3/7/2022 | 8 | Houston Police Academy | |
| 3187 | 87th Session State and Federal Law Update | 3/2/2022 | 4 | Houston Police Academy | 87th Session State and Federal Law Update |
| 2222 | Firearms Instructor Certification | 2/25/2022 | 40 | Houston Police Academy | |
| 3027 | Verbal/Nonverbal Communication | 2/7/2022 | 6 | Houston Police Academy | |
| 2049 | Report Writing - general | 12/13/2021 | 1 | Houston Police Academy | |
| 53201 | Death Investigation for Law Enforcement | 12/6/2021 | 2 | Houston Police Academy | |
| 2055 | Firearms | 11/16/2021 | 8 | Houston Police Academy | |
| 3373 | Cyber Investigation | 10/25/2021 | 2 | Houston Police Academy | |
| 2057 | Courtroom Demeanor/Testimony | 10/12/2021 | 1 | Houston Police Academy | |
| | | **Unit Hours** | 328 | | |

**09/01/2019 - 08/31/2021**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2046 | Driving | 8/17/2021 | 8 | Houston Police Academy | |
| 2024 | Narcotics/Dangerous Drug Inv. | 7/14/2021 | 8 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 7/12/2021 | 8 | Houston Police Academy | |
| 2050 | S.W.A.T. (other than 3301 or 3310) | 7/6/2021 | 8 | Houston Police Academy | |
| 2046 | Driving | 6/29/2021 | 2 | Houston Police Academy | |

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

**09/01/2019 - 08/31/2021**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3305 | Active Shooter Response | 6/24/2021 | 8 | Houston Police Academy | |
| 3843 | CIT-Update | 6/3/2021 | 8 | Houston Police Academy | Crisis Intervention Training (Intermediate) issued prior to 4-1-18<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 2009-09 |
| 1849 | De-escalation Tech (SB 1849) | 6/1/2021 | 8 | Houston Police Academy | De-escalation Tech (SB 1849) |
| 2066 | Implicit bias and social justice | 5/27/2021 | 8 | Houston Police Academy | |
| 3038 | Agency Operations (General) | 5/13/2021 | 8 | Houston Police Academy | |
| 2024 | Narcotics/Dangerous Drug Inv. | 5/4/2021 | 16 | Texas Tactical Police Officers Association | |
| 3823 | Tactical Operators Training | 4/30/2021 | 8 | Texas Tactical Police Officers Association | |
| 2024 | Narcotics/Dangerous Drug Inv. | 4/29/2021 | 16 | Texas Tactical Police Officers Association | |
| 3342 | Tactical Firearms Training | 4/27/2021 | 16 | Texas Tactical Police Officers Association | |
| 1014 | Basic Instructor Course | 4/23/2021 | 40 | Houston Police Academy | |
| 394 | Cultural Diversity Web with Exercises | 4/14/2021 | 8 | TCOLE Online | Cultural Diversity (Intermediate) |
| 2055 | Firearms | 4/11/2021 | 8 | Texas Tactical Police Officers Association | |
| 3342 | Tactical Firearms Training | 4/10/2021 | 8 | Texas Tactical Police Officers Association | |
| 3342 | Tactical Firearms Training | 4/10/2021 | 8 | Texas Tactical Police Officers Association | |
| 2046 | Driving | 4/1/2021 | 10 | Houston Police Academy | |
| 2055 | Firearms | 3/30/2021 | 8 | Houston Police Academy | |
| 3310 | SWAT In-service Training | 2/23/2021 | 8 | Houston Police Academy | |
| 3232 | Special Investigative Topics | 2/16/2021 | 8 | Houston Police Academy | Special Investigative Topics (Intermediate) |
| 3931 | Defensive Driving | 2/8/2021 | 4 | Houston Police Academy | |
| 2070 | Accident Investigations | 12/18/2020 | 2 | Houston Police Academy | |
| 6014 | Tactical Entry Training | 11/10/2020 | 24 | Texas Tactical Police Officers Association | |
| 3864 | Manual Breaching | 11/5/2020 | 8 | Texas Tactical Police Officers Association | |
| 6014 | Tactical Entry Training | 11/4/2020 | 16 | Texas Tactical Police Officers Association | |

# Texas Commission On Law Enforcement

## Personal Status Report

## Courses Completed

**09/01/2019 - 08/31/2021**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3329 | SWAT-Use of Distraction Devices | 11/2/2020 | 8 | Texas Tactical Police Officers Association | |
| 3920 | Ethics in Law Enforcement | 10/27/2020 | 1 | Houston Police Academy | Ethics in Law Enforcement |
| 3038 | Agency Operations (General) | 10/26/2020 | 1 | Houston Police Academy | |
| 2050 | S.W.A.T. (other than 3301 or 3310) | 10/22/2020 | 24 | Texas Tactical Police Officers Association | |
| 2050 | S.W.A.T. (other than 3301 or 3310) | 10/19/2020 | 24 | Texas Tactical Police Officers Association | |
| 2050 | S.W.A.T. (other than 3301 or 3310) | 10/14/2020 | 16 | Texas Tactical Police Officers Association | |
| 2050 | S.W.A.T. (other than 3301 or 3310) | 10/12/2020 | 8 | Texas Tactical Police Officers Association | |
| 2047 | Officer Survival/Weapon Retent | 10/7/2020 | 1 | Houston Police Academy | |
| 2085 | Alcohol&Drug Abuse Awareness for Law Enforcement | 10/5/2020 | 1 | Houston Police Academy | |
| 8159 | Enhance Driver Responsibility Program | 10/5/2020 | 1 | Houston Police Academy | |
| 2053 | Baton (All) | 8/13/2020 | 4 | Houston Police Academy | |
| 4065 | Canine Encounters (Intermediate/Advance) | 8/10/2020 | 4 | Houston Police Academy | Canine Encounter (Intermediate) Canine Encouter (Advance) |
| 3511 | Booking Procedures | 4/10/2020 | 1 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 4/9/2020 | 8 | Houston Police Academy | |
| 3844 | Crisis Training/Peer support | 4/9/2020 | 4 | Houston Police Academy | |
| 3186 | 86th Legislative Session Legal Update | 4/9/2020 | 4 | Houston Police Academy | 86th Session State and Federal Law Update |
| 2055 | Firearms | 3/11/2020 | 8 | Houston Police Academy | |
| 3342 | Tactical Firearms Training | 3/3/2020 | 8 | Houston Police Academy | |
| 3806 | Hazardous Materials (Haz-Mat)/ Haz Mat Investigati | 1/24/2020 | 2 | Houston Police Academy | |
| 2055 | Firearms | 12/5/2019 | 1 | Houston Police Academy | |
| | | **Unit Hours** | 419 | | |

**09/01/2017 - 08/31/2019 \***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2055 | Firearms | 6/18/2019 | 8 | Houston Police Academy | |

# Texas Commission On Law Enforcement

## Personal Status Report

## Courses Completed

**09/01/2017 - 08/31/2019 ***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3940 | Community Policing | 2/13/2019 | 4 | Houston Police Academy | |
| 30418 | Civilian Interaction Training | 2/13/2019 | 4 | Houston Police Academy | Civilian Interaction Training Program |
| 3038 | Agency Operations (General) | 2/12/2019 | 8 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 1/28/2019 | 8 | Houston Police Academy | |
| 3280 | Criminal Investigation - General | 1/3/2019 | 8 | Houston Police Academy | |
| 2028 | Surveillance Techniques | 10/5/2018 | 40 | Houston Police Academy | |
| 2045 | Patrol Procedures | 9/11/2018 | 56 | Houston Police Academy | |
| 3305 | Active Shooter Response | 7/17/2018 | 16 | Houston Police Academy | |
| 3854 | Computer Operations | 3/27/2018 | 4 | Houston Police Academy | |
| 3912 | Community Relations | 3/15/2018 | 8 | Houston Police Academy | |
| 3185 | 85th Legislative Session Legal Update | 2/21/2018 | 8 | Houston Police Academy | 85th Session State and Federal Law Update |
| 6012 | Health/Physical Fitness/Stress | 2/15/2018 | 8 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 1/29/2018 | 8 | Houston Police Academy | |
| 2046 | Driving | 1/23/2018 | 8 | Houston Police Academy | |
| 2024 | Narcotics/Dangerous Drug Inv. | 11/17/2017 | 1 | Houston Police Academy | |
| 3914 | Directed Patrol | 10/20/2017 | 40 | Houston Police Academy | |
| 3280 | Criminal Investigation - General | 9/22/2017 | 40 | Houston Police Academy | |
| | | **Unit Hours** | **277** | | |

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3280 | Criminal Investigation - General | 9/22/2017 | 40 | Houston Police Academy | |
| 4100 | Information Technology (General) | 8/23/2017 | 2 | Houston Police Academy | |
| 3939 | Cultural Diversity | 7/17/2017 | 8 | Houston Police Academy | Cultural Diversity (Intermediate) |
| 3232 | Special Investigative Topics | 6/27/2017 | 8 | Houston Police Academy | Special Investigative Topics (Intermediate) |
| 2095 | Use of Force (Non-Intermediate Core Course) | 3/28/2017 | 8 | Houston Police Academy | |

# Texas Commission On Law Enforcement

## Personal Status Report

## Courses Completed

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2024 | Narcotics/Dangerous Drug Inv. | 3/28/2017 | 8 | Houston Police Academy | |
| 3799 | Staff Training | 3/14/2017 | 8 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 2/14/2017 | 8 | Houston Police Academy | |
| 3940 | Community Policing | 1/11/2017 | 8 | Houston Police Academy | |
| 8158 | Body Worn Camera | 1/9/2017 | 2 | Houston Police Academy | |
| 3912 | Community Relations | 8/22/2016 | 8 | Houston Police Academy | |
| 3340 | Crowd Control | 8/4/2016 | 8 | Houston Police Academy | |
| 3308 | Officer Safety/Survival | 3/18/2016 | 8 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 3/15/2016 | 8 | Houston Police Academy | |
| 3184 | 84th Legislative Session Legal Update | 2/1/2016 | 8 | Houston Police Academy | 84th Session State and Federal Law Update |
| 2055 | Firearms | 1/7/2016 | 40 | Houston Police Academy | |
| 3271 | Advanced Human Trafficking | 11/24/2015 | 8 | Houston Police Academy | Human Trafficking |
| | | **Unit Hours** | **188** | | |

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2098 | Alcoholic Beverage Code | 8/1/2015 | 2 | Houston Police Academy | |
| 3722 | Peace Officer Field Training | 6/9/2015 | 80 | Houston Police Academy | Peace Officer Field Training |
| 78001 | AWR160 Terrorism Awareness for Emergency First Res | 12/31/2014 | 4 | TEEX Central Texas Police Academy | |
| 1999 | Personnel Orientation by Dept. Basic Proficiency | 12/18/2014 | 0 | Houston Police Academy | Personnel Orientation |
| 101 | Addendum Basic Peace Officer | 12/18/2014 | 431 | Houston Police Academy | |
| 3835 | Tactical Trauma Care | 12/12/2014 | 8 | Houston Police Academy | |
| 66099 | FEMA Intro to ICS (FEMA IS-100b) | 12/3/2014 | 3 | Houston Police Academy | |
| 66700 | FEMA National ICS (FEMA IS-700a) | 12/3/2014 | 3 | Houston Police Academy | |

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1000643 | Basic Peace Officer Course (643) | 11/24/2014 | 643 | Houston Police Academy | 82nd Session State and Federal Law Update<br>83rd Session State and Federal Law Update<br>84th Session State and Federal Law Update<br>85th Session State and Federal Law Update<br>Asset Forfeiture (Intermediate)<br>Crisis Intervention Training (Intermediate) issued prior to 4-1-18<br>Cultural Diversity (Mandate)<br>Identity Theft (Intermediate)<br>Racial Profiling (Intermediate)<br>S.F.S.T. NHTSA 24hour Practitioner<br>Special Investigative Topic (Mandate)<br>State and Federal Law Update<br>TCIC/NCIC for Less than Full Access Operators |
| 1033 | Chapter 33 Rule Overview Exam | 8/8/2014 | 0 | TCOLE Online | |

|  |  |
|---|---|
| **Unit Hours** | 1174 |
| **Total Hours** | 2424 |

## Total Hours

|  |  |
|---|---|
| **Total Career/Professional Hours** | 1160 |
| **Total TCOLE Course Hours** | 2424 |
| **Total Hours** | 3584 |

*Courses submitted between 09/01/2017 and 09/30/2017 will be credited to the 2015-2017 and 2017-2019 training unit, but will only count once toward total training hours.