UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Mia Searles, et al.

v.                                          Case Number: 4:24–cv–01534

City Of Houston, et al.

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 12/2/2024

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   October 20, 2024

Nathan Ochsner, Clerk