# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **Mia Searles, as administrator of the estate of Jalen Randle, Tiffany Rachal, Warren Randle, Jalen Randle, and Minor S.S.**  *Plaintiffs*, | § § § § § | |
| v. | § § | Civil Action No. 4:24-cv-01534 |
| **City of Houston, Troy Finner, Shane C. Privette, John Does No. 1-10**  *Defendants*, | § § § § | |

## **ORDER**

After considering Defendants City of Houston, Troy Finner and Shane Privette's Response to Plaintiffs' Motion to Extend Time, the Court:

DENIES the Plaintiffs' motion.

It is so ORDERED.

_____        _____
Date                                                                        The Honorable Lee H. Rosenthal
                                                                                   United States District Judge