United States District Court
Southern District of Texas
**ENTERED**
December 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIA SEARLES, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-24-1534 |
| CITY OF HOUSTON, *et al.*, | § § § | |
| Defendants. | § § § § | |

# ORDER

The court has converted the defendants' motions to dismiss based on qualified immunity into motions for summary judgment and permitted discovery limited to issues essential to determine the qualified immunity issues. The deadline for the defendants to file their summary judgment motions on qualified immunity is January 31, 2025, with plaintiffs' response due by February 21, 2025.

The plaintiffs have requested a 60 day extension, which would have the defendants' qualified immunity motions due on March 28, 2025, and the plaintiffs' response due by April 25, 2025. The motion is unopposed to the extent it is based on conflicting commitments in other cases that create a need for more time to take the limited discovery on Officer Privette's qualified immunity. The motion is opposed to the extent it is based on a desire to conduct discovery into issues other than Officer Privette's qualified immunity.

The court grants the motion for the 60 day extension, for the sole purpose of allowing the limited discovery on Officer Privette's qualified immunity.

SIGNED on December 17, 2024, at Houston, Texas.

Lee H. Rosenthal
United States District Judge