## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| MIA SEARLES, as administrator of the Estate of Jalen Randle., *et al.,* | CASE NO.: 4:24-cv-01534 |
| Plaintiff, | JUDGE LEE H. ROSENTHAL |
| vs. | |
| CITY OF HOUSTON *et al.,* | |
| Defendants. | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT OFFICER SHANE C. PRIVETTE

YOU ARE HERBY NOTIFIED that a deposition will be taken upon oral examination of the person whose name is stated below, at the time and place stated below, before an officer authorized to administer oaths.

**DEPONENT:**                          **Officer Shane C. Privette**

**DATE AND TIME:**                 **01/23/2025 at 9:00 AM CST**

**METHOD OF RECORDING:**      **Stenography and Videography**

**LOCATION OF EXAMINATION:**    **City of Houston Legal Department**
                                                    **900 Bagby, 4th Floor**
                                                    **Houston, Texas 77002**

This deposition is being taken pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of the Court and the Federal Rules of Civil Procedure.

DATED:  January 2, 2025

Respectfully submitted,

*/s/ Justin J. Hawal*

Robert F. DiCello (*Pro hac vice*)
Kenneth P. Abbarno (*Pro hac vice*)
Justin J. Hawal (*Pro hac vice*)
Joseph T. Frate (*Pro hac vice*)
Joe F. Fouche III (24132047)
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
jhawal@dicellolevitt.com
jfrate@dicellolevitt.com
jfouche@dicellolevitt.com

Larry F. Taylor, Jr. (24071156)
**THE COCHRAN FIRM**
1825 Market Street, Suite 500
Dallas, Texas 75207
ltaylor@cochrantexas.com

***Counsel for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 2, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter and/or via electronic mail ("email") to counsel for all parties of record.

*/s/ Justin J. Hawal*
Justin J. Hawal
**DıCELLO LEVITT LLP**

***Counsel for Plaintiffs***