| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Mia Searles

v.

City of Houston, et al

§
§
§   CASE NUMBER   4:24cv1534
§
§

CD Exhibits 1 thru 6 Re: Doc No (61)

Forwarded to the Shelving Area

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☒ IN ~~BROWN~~ EXPANDABLE FOLDER

INSTRUMENT # 64



# CITY OF HOUSTON
Legal Department

John Whitmire
Mayor

Arturo G. Michel
City Attorney
Legal Department
P.O. Box 368
Houston, Texas 77001-0368
City Hall Annex
900 Bagby, 4th Floor

T. 832.393.6491
F. 832.393.6259
www.houstontx.gov

March 28, 2025

United States Courts
Southern District of Texas
FILED

MAR 2 8 2025

Nathan Ochsner, Clerk of Court

Nathan Ochsner
Clerk of Court
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Re:  *Mia Searles, as administrator of the estate of Jalen Randle, Tiffany Rachal, Warren Randle, Jalen Randle, and Minor S.S. v. City of Houston, Troy Finner, Shane C. Privette, John Does No. 1-10*; Civil Action No. 4:24-cv-01534; In the United States District Court for the Southern District of Texas – Houston Division.

Dear Clerk of Court:

Enclosed please find for filing 1 CD containing Exhibits 1 and 6, to Defendant Officer Shane Privette's Motion for Summary Judgment (Doc. 61) submitted on March 28, 2025. Thank you.

Respectfully,

*Melissa Azadeh*

Melissa Azadeh
Senior Assistant City Attorney

cc:  DiCello Levitt LLP