United States District Court
Southern District of Texas
**ENTERED**
April 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mia Searles, as administrator of the estate of Jalen Randle, Tiffany Rachal, Warren Randle, Jalen Randle, and Minor S.S.<br>*Plaintiffs*,<br><br>v.<br><br>City of Houston, Troy Finner, Shane C. Privette, John Does No. 1-10<br>*Defendants*, | § § § § § § § § § § | Civil Action No. 4:24-cv-01534 |

## ORDER

The motion to file summary judgment evidence, Exhibit 1 and Exhibit 6, under seal of Defendant Officer Shane Privette, is GRANTED.

Signed on March 31 2025, at Houston, Texas.

_____
Hon. Judge Lee H. Rosenthal
Senior United States District Judge