United States District Court
Southern District of Texas
**ENTERED**
May 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIA SEARLES, *et al.*, | § |
| Plaintiffs, | § |
| v. | § CIVIL ACTION NO. H-24-1534 |
| CITY OF HOUSTON, *et al.*, | § |
| Defendants. | § |

**ORDER**

In *Barnes v. Felix, et al.*, No. 23–1239, the Supreme Court recently rejected the Fifth Circuit's "moment of threat" rule in cases challenging police officers' use of force. By June 6, 2025, both sides must each submit a brief, of no more than ten pages, on how, if at all, the decision in *Barnes* impacts this case.

SIGNED on May 20, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge