UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Mia Searles, et al.

v.                                                              Case Number: 4:24–cv–01534

City Of Houston, et al.

---

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/27/2025

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   May 20, 2025

Nathan Ochsner, Clerk